**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER J. FOREMAN,
ADC #135897                                                                                              PLAINTIFF

4:11-cv-00308-JTK

DR. STEWART, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE